UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In Re: Jessica Gardiner

Chapter 7
Case No. 25-11316

Jessica Gardinger )
         Plaintiff )
     v. )
American Student Assistance Corp. )
Sally Mae, )
US Department of Education and )
Federal Perkins Student Loans )
         Defendants )

Adversary Proceeding

## DEBTOR'S COMPLAINT TO DETERMINE DISCHARGABILITY OF DEBT

Now comes Jessica Gardiner, the debtor in the aforesaid action and states as follows:

1. The debtor Jessica Gardiner, included 19 student loans, namely US Department of Education c/o SallyMae with the Assignee the US Department of the Treasury, Financial Management Services account numbers, which total of about $115,321.20 and were listed on schedule F of the debtor's bankruptcy petition, which are the following:

| LOAN TYPE | Unpaid Balance | Current Status |
| --- | --- | --- |
| DIRECT STAFFORD UNSUBSIDIZED (DEPT OF ED/EDFINANCIAL) | $12,578.00 | LOAN ORIGINATED |
| DIRECT STAFFORD UNSUBSIDIZED (DEPT OF ED/EDFINANCIAL) | $22,427.72 | LOAN ORIGINATED |
| DIRECT STAFFORD UNSUBSIDIZED (DEPT OF ED/EDFINANCIAL) | $22301.71 | LOAN ORIGINATED |
| DIRECT STAFFORD UNSUBSIDIZED (DEPT OF ED/EDFINANCIAL) | $ 6,536.02 | DEFERRED |

| | | |
|---|---|---|
| DIRECT STAFFORD SUBSIDIZED (SULA ELIGIBLE) (DEPT OF ED/EDFINANCIAL) | $ 2,332.00 | DEFERRED |
| DIRECT STAFFORD UNSUBSIDIZED (DEPT OF ED/EDFINANCIAL) | $ 631.54 | DEFERRED |
| DIRECT STAFFORD SUBSIDIZED (SULA ELIGIBLE) (DEPT OF ED/EDFINANCIAL) | $ 3,668.00 | DEFERRED |
| DIRECT STAFFORD UNSUBSIDIZED (DEPT OF ED/EDFINANCIAL) | $ 1,264.14 | DEFERRED |
| DIRECT STAFFORD SUBSIDIZED (SULA ELIGIBLE) (DEPT OF ED/EDFINANCIAL) | $ 1,000.00 | DEFERRED |
| DIRECT STAFFORD SUBSIDIZED (SULA ELIGIBLE) (DEPT OF ED/EDFINANCIAL) | $ 4,500.00 | DEFERRED |
| DIRECT STAFFORD UNSUBSIDIZED (DEPT OF ED/EDFINANCIAL) | $ 2,298.85 | DEFERRED |
| DIRECT STAFFORD SUBSIDIZED (SULA ELIGIBLE) (DEPT OF ED/EDFINANCIAL) | $ 3,500.00 | DEFERRED |
| DIRECT STAFFORD UNSUBSIDIZED (DEPT OF ED/EDFINANCIAL) | $ 7,056.25 | DEFERRED |
| FEDERAL PERKINS (University of New England) | $ 1,300.00 | IN GRACE PERIOD |
| DIRECT STAFFORD SUBSIDIZED (SULA ELIGIBLE) (DEPT OF ED/EDFINANCIAL) | $ 4,500.00 | DEFERRED |
| DIRECT STAFFORD UNSUBSIDIZED (DEPT OF ED/EDFINANCIAL) | $ 7,085.25 | DEFERRED |
| FEDERAL PERKINS (University of New England) | $ 1,300.00 | IN GRACE PERIOD |

| | | |
|---|---|---|
| DIRECT STAFFORD UNSUBSIDIZED (DEPT OF ED/EDFINANCIAL) | $ 7085.09 | DEFERRED |
| FEDERAL PERKINS (University of New England) | $1,300.00 | IN GRACE PERIOD |
| DIRECT STAFFORD SUBSIDIZED (SULA ELIGIBLE) (DEPT OF ED/FINANCIAL) | $3500.00 | DEFERRED |
| DIRECT STAFFORD SUBSIDIZED (DEPT OF ED/FINANCIAL) | $7,541.52 | DEFERRED |

2.) Since the date that the said loans were incurred the debtor's health has declined and at the present time the Debtor is unable to pay the said debts together with their accumulated interest, penalties, attorney's fees and other charges.

3.) These debts are a great hardship for the debtor.

4.) The Debtor also suffers from mixed connective tissue disease and fibromyalgia, which limits the Debtor's ability to work, a redacted copy of the Debtor's health care provider's certification of serious health condition is attached and marked Exhibit "A".

5.) The debtor currently receives $ 2,391.35 per month for monthly income.

6.) The debtor has expenses of $3606.61 per month.

7.) The Debtor did not complete the education for which the student loan debt was incurred because the University of New England closed while she was enrolled there.

8.) The stress of this debt owed to Sallie Mae and the US Department of Education is increasing the debtor's anxiety and depression.

Wherefore the debtor prays that this honorable court discharges the Plaintiff's debts owed to Sallie Mae and the US Department of Education c/o US Department of the Treasury, Financial Management Services and the Federal

Perkins loans, which all total $115,321.20 because they represent an undue hardship on her.

Date: September 10, 2025

Respectfully Submitted
Jessica Gardiner
by her Attorney

*[signature]*

Patrick M. Culhane, Esquire
BBO# 628855
Law Office of Patrick M. Culhane,
100 Grandview Road, Suite 320
Braintree, MA 02184
Tel: 781-843-3585
Fax: 781-780-7552
e-mail: pculhanelaw@gmail.com