## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| JESSICA GARDINER,<br><br>      *Plaintiff*,<br><br>v.<br><br>AMERICAN STUDENT ASSISTANCE CORP.,<br>SALLY MAE, US DEPARTMENT OF<br>EDUCATION AND FEDERAL PERKINS<br>STUDENT LOANS,<br><br>      *Defendants*. | Case No. 25-bk-11316<br>Chapt. 7<br><br><br>Adversary Pro. No.: 25-ap-01145 |

### DEFENDANT SALLIE MAE BANK'S ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

The Defendants, Sallie Mae Bank ("SMB")[1], with the assent of the Plaintiff, Jessica Gardiner ("Plaintiff"), respectfully requests that this Court extend the deadline for the Defendant Sallie Mae Bank to respond to Plaintiff's Complaint up to and including November 10, 2025 in the above-referenced adversary proceeding. In support of this Motion, Defendant SMB states as follows:

1. Plaintiff filed her Complaint with the United States Bankruptcy Court of Massachusetts on September 29, 2025.

2. Defendant SMB response to the complaint is currently due on or before October 10, 2025.

3. Defendant SMB is requesting additional time to respond to the Complaint to allow them sufficient time to investigate the Plaintiff's claims and determine the appropriate response.

---

[1] Incorrectly identified in the complaint as "Sally Mae."

4.      The Parties are also working together to try to resolve this case early and, as such, additional time is necessary to explore the possibility of settlement.

5.      Plaintiff assents to the brief extension of time, and the Parties agree that no prejudice will result to any party from this short extension.

6.      This is the Defendant SMB's first request for an extension of time to respond to Plaintiff's Complaint, which is being made in good faith and not for purposes of undue delay.

**WHEREFORE**, the Defendant, Defendant SMB., with the assent of the Plaintiff, requests that this Court grant this to motion to extend Defendant SMB's time to respond to the Complaint up to and including November 10, 2025, together with such other and further relief as the Court deems just and proper.

Respectfully submitted,


Attorney for Defendant
SALLIE MAE BANK,
By: Their Attorney

*/s/ Vanessa V. Pisano*
Vanessa V. Pisano, BBO #679649
HINSHAW & CULBERTSON LLP
53 State Street
27th Floor
Boston, MA 02109
617-213-7000
617-213-7001  (facsimile)

93051\326520484.v1

ASSENTED-TO BY:
Attorneys for Defendant
JESSICA GARDINER
By: Their Attorney


*/s/ Patrick Michael Culhane*
Patrick Michael Culhane, Esq., BBO No. 628855
Law Office of Patrick M. Culhane
100 Grandview Road, Suite 320
PO Box 850617
Braintree, MA 02185
781-780-7552
pculhanelaw@gmail.com

Dated:        October 10, 2025


## CERTIFICATE OF SERVICE

I, Vanessa V. Pisano, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Vanessa V. Pisano
Vanessa V. Pisano

93051\326520484.v1